# United States District Court
## For The Western District of North Carolina
## Asheville Division



FILED
ASHEVILLE, N.C.
MAY 16 2006
U.S. DISTRICT COURT
W. DIST. OF N.C.

HARRY C. LEE,

       Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                       1:06cv151-MU-1

R. DAVID MITCHELL, et al.,

       Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2006 Order.




                                          FRANK G. JOHNS, CLERK

May 16, 2006

                                         s/Elizabeth J. Barton
                               BY: _____
                                      Elizabeth J. Barton, Deputy Clerk