# United States District Court
# For The Western District of North Carolina
# Asheville Division



HARRY C. LEE,

    Plaintiff(s),

vs.

R. DAVID MITCHELL, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:06cv151-MU-1

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2006 Order.

May 16, 2006

FRANK G. JOHNS, CLERK

BY: s/Elizabeth J. Barton

Elizabeth J. Barton, Deputy Clerk